CARLIE CHRISTENSEN, Acting United States Attorney (#0633)
JARED C. BENNETT, Assistant United States Attorney (#9097)
Attorneys for the United States of America
185 South State Street, #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2010 AUG -4  P 1: 53

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| TERRYETT WOODS,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; and UNITED STATES DEPARTMENT OF TREASURY,<br><br>        Defendants. | Civil No. 2:09CV634-CW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Honorable Clark Waddoups |

On April 30, 2010, the Federal Defendants moved to dismiss this action because the United States had not waived its sovereign immunity. Doc. No. 13. Plaintiff never responded to the Federal Defendants' motion. Consequently, on June 29, 2010, Magistrate Judge Nuffer, to whom this action was referred, issued a Report and Recommendation that recommended that this Court dismiss this action because the United States has not waived its sovereign immunity. The Report and Recommendation provided Plaintiff with ten days to file objections thereto. Plaintiff never filed any objections.

After reviewing the Report and Recommendation ~~de novo~~, this Court adopts it and DISMISSES this action with prejudice.

DATED this 4th day of August 2010.

CLARK WADDOUPS, Judge
United States District Court